IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

HEIDI LYNN MARIE JAMES,

                          Plaintiff,

     v.

GARY THOMAS BORDEN,

                          Defendant.

ORDER

13-cv-648-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In an order entered on October 30, 2013, I dismissed plaintiff Heidi Lynn Marie James's complaint without prejudice for her failure to comply with Fed. R. Civ. P. 8. I gave plaintiff until November 25, 2013, in which to submit a proposed amended complaint addressing the deficiencies explained in the October 30 order. In addition, I warned plaintiff that her failure to respond to the court's order would result in her case being closed. It is now December 10, 2013, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

      Accordingly, IT IS ORDERED that this case is DISMISSED. The clerk of court is directed to enter judgment and close this case.

      Entered this 10th day of December, 2013.

                                                      BY THE COURT:
                                                      /s/
                                                      BARBARA B. CRABB
                                                      District Judge