IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HEIDI LYNN MARIE JAMES,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

13-cv-648-bbc

GARY THOMAS BORDEN,

    Defendant.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 12/10/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |